# United States Court of Appeals
## For the First Circuit

No. 22-1694

SALLY PRIESTER,

Plaintiff - Appellant,

v.

PUERTO RICO DEPARTMENT OF HEALTH; VICTOR RAMOS; COLEGIO DE MÉDICOS-CIRUJANOS DE PUERTO RICO; JOHN DOE; RICHARD ROE; JOHN SMITH; PETER POE,

Defendants - Appellees,

FREDDIE ROMAN-AVILES; VERONICA RODRIGUEZ-DE LA CRUZ,

Defendants.

Before

Montecalvo, Kayatta and Rikelman,
Circuit Judges.

**JUDGMENT**

Entered: April 24, 2025

    Plaintiff-appellant Dr. Sally Priester filed this interlocutory appeal challenging the district court's decision to apply the Younger abstention doctrine and dismiss without prejudice her claims against defendant-appellee Puerto Rico Department of Health ("PRDH") for declaratory and injunctive relief regarding the cease-and-desist order contained in Resolution and Order No. 2021-04 and the disciplinary proceedings against Dr. Priester before the Medical Discipline and Licensing Board ("the Board"). The district court further denied her motion for a preliminary injunction as to the cease-and-desist order as moot and stayed her claims for damages against defendant-appellee Dr. Víctor Ramos pending the conclusion of the disciplinary proceedings. On July 10, 2024, Dr. Priester notified the court that the Board had dismissed the disciplinary proceedings. On October 22, 2024, Dr. Priester provided a certified translation of the Board's Resolution No. 2024-22, dated March 21, 2024, wherein the Board determined, inter alia, that Resolution and Order No. 2021-04 containing the cease-and-desist order was rendered moot due

to the federal and Puerto Rico declarations ending the COVID pandemic and dismissed the disciplinary proceedings. This court's November 22, 2024 order directed the parties to show cause as to whether this appeal should be dismissed for lack of jurisdiction on mootness grounds. PRDH and Dr. Priester have responded.

This court has carefully reviewed the relevant portions of the record and the parties' filings. In light of Resolution No. 2024-22, this appeal is moot. See Church of Scientology of Calif. v. United States, 506 U.S. 9, 12 (1992) ("[I]f an event occurs while a case is pending on appeal that makes it impossible for the court to grant 'any effectual relief whatever' to a prevailing party, the appeal must be dismissed."); see also Am. Civil Liberties Union of Mass. v. U.S. Conference of Catholic Bishops, 705 F.3d 44, 53 (1st Cir. 2013) (stating that "issuance of a declaratory judgment deeming past conduct illegal is also not permissible" when the matter is moot). Dr. Priester's response to the order to show cause fails to provide a basis for any exception to Article III mootness to apply. See Harris v. Univ. of Mass. Lowell, 43 F.4th 187, 194 (1st Cir. 2022) (stating the "capable of repetition, yet evading review" exception requires "the party contesting mootness" to demonstrate "either the type of claims they bring are inherently transitory or there is a realistic threat that no trial court ever will have enough time to decide the underlying issues") (internal quotation marks and citations omitted); see also Town of Portsmouth v. Lewis, 813 F.3d 54, 59 (1st Cir. 2016) (stating the voluntary cessation exception "does not apply where the voluntary cessation occurred for reasons unrelated to the litigation") (citation omitted); cf. Lowe v. Gagné-Holmes, 126 F.4th 747, 758 (1st Cir. 2025) ("Nor does the fact that the defendant state health officials have the authority to promulgate regulations as to future events negate mootness") (citing Bos. Bit Labs, Inc. v. Baker, 11 F.4th 3, 10 (1st Cir. 2021) ("That the Governor has the power to issue executive orders cannot itself be enough to skirt mootness, because then no suit against the government would ever be moot. And we know some are.")).

Accordingly, the appeal is dismissed as moot. See 1st Cir. R. 27.0(c) (permitting the court to dismiss the appeal at any time when appellate jurisdiction is lacking). Any pending motions, to the extent not mooted by the foregoing, are denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ana Luisa Toledo
José Rafael Dávila-Acevedo
Francisco Jose Gonzalez-Magaz
Francisco E. Colón-Ramírez
Colegio de Médicos-Cirujanos de Puerto Rico